



Russ Kendig
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO (CANTON)

| | |
|---|---|
| IN RE: | * CASE NO. 03-66692-rk |
| | * CHAPTER 13 |
| | * JUDGE RUSS KENDIG |
| LINDA KAY BURRAGE | * TRUSTEE TOBY L. ROSEN |
| | * |
| | * |
| Petitioner | * **ORDER TO WITHDRAW AS COUNSEL** |
| | * |

This cause came on for non-oral hearing on the Motion to Withdraw as Counsel.

The Court finds that this Chapter 13 Bankruptcy, case number 03-66692-rk that the counsel for petitioner is withdrawn.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned case that counsel is withdrawn.

**SO ORDERED.**

PAGE 1 OF 2
ATTORNEY DEBORAH L. MACK   P.O. BOX 486   MANSFIELD, OHIO 44901   (419) 524-4683

###

## SERVICE LIST

Linda K. Burrage
320 Home Ave.
Mansfield, Oh 44902

Deborah L. Mack     debbie@attymack.com

Trustee Toby L. Rosen     lweir@chapter13canton.com

US Trustee     (Registered address)@usdoj.gov

03-66692-rk    Doc 81    FILED 04/30/09    ENTERED 04/30/09 12:28:20    Page 2 of 2